

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,              Criminal No. 22-cr-20519

v.

                                    Honorable Paul D. Borman

D-5 Shatonnia Kimbrough,

               Defendant.

_____/

## Defendant's Acknowledgment of Indictment

I, Shatonnia Kimbrough, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Kidnapping (conspiracy):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

**Count Two: Kidnapping (aiding and abetting):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

                                             _____
                                             Shatonnia Kimbrough
                                             Defendant

Date: November 8, 2022

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*Judith S. Gracey*
Counsel for Defendant

Dated: November 7, 2022