UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                   Plaintiff,

-vs-

D-5 SHATONNIA KIMBROUGH

                   Defendant.

_____/

Case No: 22-CR-20519

Hon. Laurie Michelson

## GOVERNMENT'S SENTENCING MEMORANDUM

Over the course of eight hours, V-1 endured extraordinary acts of violence. First, she was carjacked at gunpoint. On November 14, 2021, she and Cortez Blake were riding in a Kia Soul. While at a stop sign, Amiaya Bryant, Jamar Lee-Stinson, and other armed assailants surrounded V-1's Kia Soul. V-1 and Blake were physically pulled out of the car. Four gunmen started firing as V-1 and Blake ran in opposite directions. Blake was struck by one of the bullets. Though frightened and frantic, V-1 composed herself and she started looking for Blake. V-1 found him leaning against a pole with a gunshot wound. Blake, an 1125 gang member, called other gang members who came to the scene. Those men picked up V-1 and Blake and drove him to the emergency room. V-

1

1 escorted Blake inside the hospital. Medical personnel attended to Blake's injuries. V-1 was traumatized and she just wanted to go home. Blake's friends offered to drive V-1 to her residence. V-1 accepted their invitation since she had no car or purse. Little did she know that her terrible day would disintegrate into a nightmare.

1125 gang members drove V-1 to an abandoned lot. More men arrived and 1125 gang members started to question V-1 about what happened to Cortez Blake. The men confiscated her cell phone and went through it looking for text messages. One of the men was armed with an assault rifle. He forced V-1 out of the Jeep, hit her and pushed her to the ground. V-1 was struck repeatedly while being questioned about the carjacking and shooting. V-1 urinated on herself. She told the men everything she knew – that she was not involved and did not set Blake up -- but they continued to hit her. Surrounded by several men, V-1 was crying and deathly afraid. The men ordered V-1 back into the Jeep. She complied given her small frame, guns pointed in her direction, and being hit repeatedly. V-1 had no weapons. She was alone and the only female.

The men drove V-1 to Cortez Blake's house. Approximately fifteen more came to Blake's home. V-1 was forced to sit in the living room and a bedroom. Men pointed guns at her as she was interrogated about the carjacking and shooting. A few hours into the interrogation, someone announced that women were coming to beat V-1. Shatonnia Kimbrough was among the group of women who arrived at Blake's home to assault V-1. Kimbrough's group also brought a child to the scene. Kimbrough and Maijah Greene interrogated V-1. Then they both jumped V-1 repeatedly through the night. Kimbrough and Greene kicked, punched, and stomped V-1 as V-1 was balled up on the ground. Kimbrough also hit V-1 with a bottle of hot sauce. V-1's hair was pulled from her head, her nails were broken, and she was left bruised and bloodied. V-1 had injuries on her head, hands, back, and face. Several men watched as Kimbrough and Greene physically assaulted V-1. A minor child even recorded it on a cellular phone. Cortez Blake arrived later and he joined in the beating by hitting V-1 with his crutches. V-1 was jumped roughly four times while she was held against her will for several hours. After the final beating, 1125 member Cortez Blake told Kimbrough and Greene to put V-1 in their car. They agreed and V-1 was forced into the

3

vehicle. Kimbrough and Greene ordered V-1 to show them where Amiaya Bryant lived. V-1 complied and directed Maijah Green, who was driving, to Bryant's home. The women wrote down the address and then drove to the east side of Detroit. Greene returned V-1's cell phone and forced V-1 out of the car at around 1:30 am. Greene drove everyone else home, including Kimbrough. But V-1 was abandoned in a distressed neighborhood. V-1 called her mother. V-1 was picked up and later taken to the hospital for treatment following the savage beating meted out by Kimbrough and Greene. V-1 also reported this assault to the police. V-1 was held from approximately 5:00 p.m. on November 14, 2021 until she was dumped on the east side at 1:30 a.m. on November 15, 2021.

On October 12, 2022 and April 26, 2023[1], Defendant Shatonnia Kimbrough and six others were indicted for kidnapping V-1. On July 15, 2024, Greene admitted her role in this egregious crime. Kimbrough entered a guilty plea to kidnapping, aiding and abetting (Count Two) pursuant to a Rule 11 Agreement. Sentencing is set for March 21, 2025.

## Sentencing Guideline Calculations

The Probation Department computed a guideline range of 151 to

---

[1] On April 26, 2023, a first superseding indictment was filed adding Nasir Lewis as a defendant.

188 months. *See PSR ¶86*. The government requests a sentence within
the range calculated by the Court.

**Argument**

Shatonnia Kimbrough is a twenty-one-year-old woman who
involved herself in a brutal crime. Without hesitation, Kimbrough
joined others who were intent on punishing V-1 for something V-1 did
not do. V-1 was dirty and soiled when Kimbrough arrived at Cortez
Blake's house. Instead of showing V-1 compassion or helping her,
Kimbrough and Greene pummeled V-1 repeatedly. V-1 was punched,
kicked, stomped, and hit with objects. Short portions of V-1's beatings
were recorded using a cell phone. There, V-1 can be heard wailing and
crying in pain. But Kimbrough did not stop. The violence that she used
was extreme and completely unnecessary. V-1, who was unarmed and
alone, always acquiesced and did not fight back. Yet, Kimbrough and
Greene struck V-1 with no provocation and even less mercy. Kimbrough
also weaponized a hot sauce bottle during one the attacks. Thus, she is
responsible for the injuries inflicted on the victim – a beating that
Kimbrough administered with enthusiasm, and without reservation.

5

Unfortunately, this is not the first time Kimbrough has ignored the law and social norms. While in jail for kidnapping, Kimbrough received several misconduct citations. On January 6, 2024, Kimbrough used another inmate's PIN to access the phone system. On January 13, 2024, Kimbrough snuck out of her cell to speak with male inmates through the door. Deputies warned Kimbrough several times about that kind of behavior, but she did not stop. On January 27, 2024, Kimbrough threw a solution on an inmate which caused labored breathing and burning to that inmate's eyes. On March 1, 2024, Kimbrough threatened another inmate and accused her (wrongly) over the use of a phone PIN. That inmate requested a transfer to another unit because she felt unsafe around Kimbrough. On March 6, 2024, Kimbrough was accused of disrupting an inmate's sleep for several nights. Kimbrough was moved to another jail pod. On May 19, 2024, Kimbrough repeatedly disobeyed orders from a deputy who directed her to stop yelling at male inmates who were using the recreation room. Kimbrough was placed in lockdown. On June 21, 2024, Kimbrough's cell mate accused her of stealing property. Kimbrough was moved out of the cell. On July 14, 2024, Kimbrough used another inmate's PIN to access the phone and

make calls. On July 23, 2024, Kimbrough was place in the special management unit due to multiple infractions involving the phone system, electronic messages through the kiosks, and written notes. Kimbrough was ordered to pack her property and move to the special management unit. Kimbrough refused verbally and physically by ignoring directions from deputies to face the wall. Kimbrough had to be handcuffed and almost carried down the corridor. Deputy Diehl said Kimbrough's behavioral issues have continued the entire time she has been housed at the Livingston County Jail. She has nine keep separate requests, five misconducts, and one fight on her record. On August 9, 2024, while in a special management cell, Kimbrough had an unauthorized communication with a male inmate by merging phone calls. Kimbrough had been counseled many times about proper phone usage, but she ignored those rules. Impulse control has been an issue for Kimbrough for roughly a decade.

Indeed, Kimbrough's poor behavior commenced when she was in middle school.[2] Kimbrough's first criminal case occurred in 2019 where she was adjudicated as a juvenile for receiving and concealing a stolen

---

[2] See Defendant's Mitigation Evaluation, page 5.

car.  Kimbrough was placed on one-year intensive probation, which she completed on June 26, 2020.  Less than six months later, she was charged with armed robbery, home invasion, and assault with a dangerous weapon. The case was dismissed on June 22, 2021 when the victim did not appear in court. But while the armed robbery case was pending, Kimbrough was arrested on March 6, 2021 for Fleeing and Eluding – 3rd Degree. In that case, Ms. Kimbrough was in a vehicle that struck a parked car and then ran several red lights. When law enforcement attempted to pull the car over, the vehicle fled at a high rate of speed. A passenger then leaned out of the window and fired shots towards the officers. The vehicle crashed into a curb and everyone, including Kimbrough, ran from the police. Kimbrough was captured after a foot chase. Kimbrough participated in the instant kidnapping and assault of V-1 on November 14-15, 2021, while on pretrial release for Fleeing and Eluding-3rd Degree. Kimbrough committed two additional crimes while on pretrial release for Fleeing and Eluding. On March 30, 2022, Kimbrough passed counterfeit $100 bills at two businesses in St. Clair Shores – Tropical Smoothie Café and Jet's Pizza. The incidents were captured on surveillance video. She was

identified through her image and tattoos. During the incident at the pizza place, Kimbrough gave the false name of "Tiff" for her order. Kimbrough has been charged for that conduct and two cases for uttering and publishing are pending in 40th District Court. She was convicted of Fleeing and Eluding – 3rd Degree on April 6, 2022. Kimbrough failed to appear for sentencing and a bench warrant was issued. Kimbrough was later sentenced on October 21, 2022.

While on probation and under court supervision for her fleeing and eluding conviction, Kimbrough was arrested on October 17, 2022 for hindering and obstructing the police. In that case, Kimbrough was in a vehicle identified as suspicious at Somerset Mall. The car had been previously involved in a trespassing incident at the shopping center. When the police approached Kimbrough to speak to her about the vehicle, she became belligerent. Kimbrough eventually provided her name, which the officers ran on LEIN. The felony warrants for the uttering and publishing cases in St. Clair Shores came up along with additional warrants for traffic offenses in Eastpointe and failing to appear in Wayne County for resisting the police. When officers attempted to arrest Kimbrough on those warrants, she became irate

and resisted by pulling away. She was given several verbal commands, which she ignored. It took two officers to bring her under control. During a search of her person incident to arrest, the police recovered $3,027 in cash. Kimbrough claimed she was unemployed and that she received the money from her child's father. When the police asked her for his information, Kimbrough said she did not know it. Kimbrough was jailed for a few days and then released. Clearly, Kimbrough has been spiraling and out of control for a very long time.

Kimbrough's behavior and functioning have been impaired by her unfortunate upbringing. The government acknowledges that she was raised in a terrible environment. Kimbrough certainly deserved parents who loved, cared for, encouraged, and protected her. Through no fault of her own, her caregivers were absent and ill-prepared. Kimbrough suffered horribly as a result. The presentence investigation report and Kimbrough's mitigation evaluation both detail the adverse childhood experiences that she endured – including an incident where, allegedly, she was kidnapped (at age 18), held and beaten by several people after being accused of stealing money from her boyfriend. This incident, and the trauma she suffered, should have influenced her decision to beat

and brutalize V-1. But it did not. Instead, Kimbrough expressed her mental struggles "through violence and aggression, theft, [and] other impulsive or risky behaviors." (*Def. Mitigation Evaluation, pg. 11*).

Kimbrough is an adult now and it is incumbent upon her to seek and accept the help she so desperately needs. But at this juncture, Kimbrough's pattern of lawlessness must be interrupted. Her poor judgment and woeful behavior require a firm consequence. The government takes no pleasure in recommending a substantial sentence to address the terror unleashed against V-1. As mentioned above, V-1 endured levels of violence that no one, let alone a teenager, should experience. This crime is now part of V-1's DNA. She will never forget the abject fear and pain she suffered from being violently carjacked, kidnapped, held hostage, and the beaten for hours. The trauma she suffered cannot be overlooked or minimized. The sentence this Court imposes will send a message to V-1, the community, and Kimbrough. For these reasons, the government is requesting a sentence within the guidelines calculated by the Court.

## **Conclusion**

For the reasons outlined above the United States respectfully

requests that the Court sentence Defendant Kimbrough to 151 months

followed by three years' supervised release.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

*s/Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
jeanine.brunson@usdoj.gov
Dated: February 25, 2025            (313) 226-9100

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Sentencing

Memorandum filed this 25th day of February, 2025, has been made upon

counsel for defendant by e-filing the document under the ECF system:

Alvin Sallen, Esq.


*s/Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney