UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

                Plaintiff,                Case No.  22-20519

-v-                                         Honorable Laurie J. Michelson

**SHATONNIA KIMBROUGH**

                Defendant.
_____/

# EXHIBIT INDEX

| | |
|---|---|
| **EXHIBIT A** | MITIGATION EVALUATION DR. SWERDLOW-FREED, PHD.  (FILED UNDER SEAL). |
| **EXHIBIT B** | DEFENDANT'S LETTER |
| **EXHIBIT C** | TRANSCRIPT COURSES COMPLETED AT LIVINGSTON COUNTY JAIL |
| **EXHIBIT D** | SELF STUDY BIBLE CLASS CERTIFICATES |