# EXHIBIT B

I've had many moments where my life flashed before my eyes but this time my life really flashed before my eyes I've done alot of reflecting and self absorbing and honestly I didn't know who I was because the little girl I was, was not who my mom grandfather or stepdad rasied me to be yes I was a follower yes I was mislead yes I did do terrible things to other people and yes I made alot of mistakes in life and each time I still chose to follow the wrong crowd and chose the wrong things because I thought it was cool that it meant something proved something and each time it didnt mean anything in reality I was just being a follower tryna prove the wrong thing to the wrong people hurting others along the way including my family nobody expected this of me specially not my grandfather. I always wanted to be a lawyer or firefighter so I can save others lives but I crushed my own dreams yes I've been through alot growning up had it very ruff I didnt have a life a normal kid would have, I was abused in many ways by alot of people who was family who I looked up too yet after everything I still had those same dreams until I started having bad dreams where at times I felt hopeless worthless lonely I didnt understand

nothing I was feeling at all. I knew it was it hurt bad little ole me still kept hope until my mom got taking away from me and I had to live with many different people and staying with those other people even loving though they where good people that I loved dearly they had very bad people around that sexually abused me and threaten my life I was even held at gun point a few times just so I could be physically abused in the worst way I could ever immagain in my life and these acts been going on since I was 7-8 old enough to remember every face that was slowly taking my soul away. I never told anyone but only one person knew and he was my hero my brother Quontez Broach he saved me a few times. I was abused by a lot of peple all the way up until I was about 11-12 yrs old I was set down by my step mom and stepdad and told them but not everything I was hidden so much inside my mom was on the phone from jail asking why I never told her well that was because I didn't know how I was so terrified to tell anyone School was always my happy place I felt loved there cause at home I felt left out and abandoned treated unfairly I felt like the black sheep of the family where ever lived I was bullyed and verbally abused but I never said nothing I often also was lied on and took beatings cause nobody never believed me

3

3

The Suicide Missions started while I was staying with my Stepdad I was in 3-4 grade. I tried hanging myself Cause a lie was told and I got in trouble. Then the Suicide attempts kept happening. I didn't wanna live anymore and that's where I started slowly losing all the faith I had left. My grades stay good but the older I got the worst everything seem to go. I found out my Stepdad wasn't my real father on a Christmas day and I tried to kill myself again cause I just didn't understand what was going on in my life and why so many things happened to me. My Dad "albert Graham was my everything he saved me as well I was half beat to death and left in the house for dead and he found me, he rescued me. Then I didn't understand why I was beat so bad all because I Toll Cps liquor looked like water I was so young I didn't know who the nice lady was asking me questions. So I got beat for that, that Christmas day broke my heart and I didn't know what the hurt feeling in my chest was but it hurt bad I started fighting in school, in the bathroom doing 30 sec Sounds to release all my anger. Still I was good in school until I started getting suspended my mom was coming and going all through out my life far as I remembered but She was amazing. I loved being with my mom until I started feeling out the place in her life I felt abandoned and treated different from my 3 other siblings. CeCe, Marco and Shakira.

I was so insecure and lost at such a young age. I started feeling like the blacksheep with my mom to because I didn't look like her or have the same skin color as her and the treatment was different at the time between me and those 3. I felt they had better everything and she was always there for them loving them caring for them thats when I lost faith in my relationship with my mom and turned to other people but I totally had lost trust for everybody in my life except my brother and sister inlaw Tajonae Williams even though I never vented I felt safe with those two everybody else around me, I didn't know what to expect with them my guard was up and I was deep down inside scared and disliked everybody. As I grew up my attitude got outta hang and also my anger. I had so much rage in me I didn't even know it was to young to know or understand. few years later around 7th grade I was stay with a family friend who partially adopted me. While my mom was always doing a bid again for tryna provide for 5 kids on her own plus that she let in as her children. now im really older about 14yrs old my older sister Lb. I loved but disliked at the sometime use to come see me. yes I use to see her in between times of me growing up and I loved being with my sister but after she gave up on me I gave up on her and the love I had for her also. "Stop being around her growing up because she

4

didn't protect me. She aint save me like my brother did the first time it happened as I remember her, her cousin and her dude came home my mom was away at the time so I was in my sister care. I was sleeping on the floor in the corner on couch cushions not bothering anybody I heard them come in all loud so I was up and alert but I was still facing the wall nobody even cared to check on me or bring me any food since I went all day without eating they layed on the pull out couch poton bed and had sex. I drifted back off to sleep all I know next was I was being woke up and bit I could lay in the bed with my sister my 7 year old mind did not understand what was bad to happen to me so I got in bed my sister infront of me and he was behind me as drunk I lay between them my sisters dead asleep lil Layne was booming loud through the speaker next all I feel is this guy pulling my clothes off he tried to penetrate me but he couldn't wouldn't work although I never was able to be penetrated by my other abusers they made me perform Oral Sex on them for candy, food and off for they own reasons but this time was so horrifying as he kept trying both ways neither worked my sister still layed there as I cried he was not even drunk hearing me and I was right behind her after a few trys he penetrated me with his fingers and I Screamed but my mouth was caked and I got choked

5

6

so hard I thought he would kill me I was violated until he was satisficed and done doing what he was doing I was hurting worster than ever my sister never moved he even had the nerve to take me in the bathroom and tell me wash myself up when I seen the blood I was so confused I got done laid back on the couch cushions and counted on my hands it had became a habit I picked up I Slowly counted and cried myself to sleep my sister got up and didnt notice a thing I wanted to tell her so bad but was so scared the second time I was 11yrs old staying with my mom the adults rooms was upstairs and me my mom and little sister room was downstairs it was me all my neices and my bestfriend paige at the house cause everybody had went out I stayed watching the kids I loved babies even though I was a baby I didnt know nobody was upstairs I went to get the kids some diapers and when I got to my brother room I got what I needed on my way out I froze cause my sister room door was now open and he was on the bed he looked up called me I took off running ran to my mom room cause she had a lock on her door that didnt stop him those somehow he was in the room dragging me across the bed and pulled my clothes down hit my bottom half and did the same thing he did to me when I was laying next to my sister paige tried to open the door but he had locked it

back when he came in. I was screaming so bad for help he left out and Paige came in. I took her and went into my room and put me and my little sister Toy box infront of the door and hid on the floor. I put the babies back to sleep and my bestfriend hugged me as I ducked and cried myself to sleep. Days later I had to get my hair done for School so I was basically forced to go upstairs. I was in the room with my other brother kids mom and my aunt the kim I ended up telling them somehow they told my brothers and everything was ~~there~~ happening so fast but trusting in show motion past thing I know everybody was downstairs. I was so afraid I didn't want nobody to get hurt I was crying so hard then I just yelled that I had lied cause I didn't want neither of my brothers hurt or in jail and never got to see them again my sister looked at me with hate and called me names that when I knew I didn't like her anymore. I was angery at her for not beleiving me and at myself for whatever reason I ran off to my room after that I never looked at my Sister the same. She become abusive to me fighting me whipping me and verbally abusing me. Now that im older in 7th grade I was stay with my foster mom ~~and~~ my sister was always drunk. She came to visit a few things she bought me things but I barely seen her. I was getting into trouble Real bad at school not listening no I didn't fight

7

cared for the littlest thing my granddad did for me. My mental health meds I was a little bit okay. I felt bored. Started going to "School" called dpsa my granddad got me on was Stricked he wasn't feeling it at all. I turned 14yrs old outside playing. I just wanted to chill but my granddad texting boys. I even attempted to Smack a boy over while closet friends with boyfriends im 13yrs old now. I start a problem but not to bad until I stocked seeing all my ended up maxing with my granddad. New boys was always I no longer seen the sister I loved and looked up to. I here came home and fought me like a girl on the street down there with him my grandma caught me I got in trouble at the Sametime. I Snuck a boy into the ladd bibby and set her drunk. I'll have flash backs. I'll be angrey and Scared still drinking and everything. She'd come in drunk or I see work and to hustle my sister did the Same but she was also the house all day with my granny mybother went out everyday to and my sister in a 1 bedroom apartment I was stuck in my SO I went to stay with my grandma mybother Quin finally got out and she told my sister she couldn't handle because I kept tryna kill myself over and over again. I put me in a behavior program. I was there for 3 weeks all almost all day. Things stocked getting worst my foster mom but I stop doing my school work after school I stay outside.

&

happy I was playing sports my grades was getting back up there was little problems in the house like me feeling like my granddad wife didn't like me and treated me away but I was still somehow happy I even visited my mom in prison a few times I had told myself that I wouldn't go to prison specially if I had a kid but I failed. I was taking a liking in the school then I just started getting sad feeling like i didn't fit in I was getting tired of wearing regular shoes and not having clothes like everybody else or even a phone I had got my phone taken away from me because I had tried to sneak a boy over although I wasn't sexually active I just felt like I fitted in with boys better wanted to hang with them long after being in the school I had 2 friend Iyah and Kiya they where my besties then I met this boy he became my bestfriend as well then later became more than a bestfriend to me he was now my boyfriend everything I once didn't feel I felt it now that I had him everything seem so perfect too perfect to believe I got into every sports he played even doe I had already played by sports I never played basketball till I met him and ran track we stayed together as long as we could then thats when I started wanting to do more with myself I felt like I little kid and outta place picked up ~~with the~~ got into the hype I gave myself to him not ~~now~~ knowing what I was doing then it kept happening

everybody at school found out I was embarrassed but I was in love older girls started hating me on the highschool side just cause me and him was together I didn't understand nothing that was going on this was all new to me I was bullyed for a few weeks cause I didn't wanna get into no trouble but after that I couldn't take no more I was skipping class hiding in the bathroom almost the whole day grades dropped attempted suicide a few times didn't go as planned thats when I became tired and became mean to others all the anger I had inside me I'll take out on somebody else I went against the whole school just to be with him I was head over heals to blind too see that there was someone else in the picture my granddad starting finding out things fussing at me about it I lied about everything cause I didn't want him mad at me specially about the sexual part long story short my mom came home and I was giving everything I wanted plus what other kids had, I was always with her friend too she was like an aunt I stop going to school cause I had got kicked out my granddad came home one day and asked me was I doing sexual things and pregnant I lied and said no but I deep down felt like he knew I was lying I went bad to school so embarrassed but I didn't care I was happy until I seen the person I loved posted with another girl who I never seen before I didn't even

knows who she was until I seen the picture of them my bestie showed me and then I lost everything I thought I had felt empty after so long after all the back and forth it felt finally the end of the school year and I was sad cause I didn't want it to end because I didn't wanna leave him eyes after I found out everything I still stayed with him cause he made me happy that was my escape from all the pain I told him all the trauma I went through and he understood me I guess, I started spending lots of time with tee and my mom but I spend the night alot her house alot so this particule night I wasn't feeling well and my period didn't come and I was just so moody lately I had a talk with her she took me to the hospital and I found out I was pregant almost 3 months I was scared and I cried so hard and begged her not to tell my mom but my granddad had basically told her but neither of them was she cause I pled the fifth so now only me and tee knew, I told him and he shut me out destroyed me I felt useless he was popping in and out of my life Im 15 yrs now I Dk what is going on but it all hurted everybody starting going through my phone all type of stuff my sister chery went through my phone seen the messages between me and him and freaked out on me JC. I lied I wasn't tryna get beat she made me pee on the

pregnancy stick but I used the regular and stuck the stick in the toilet so she a think I peed on it and good enough it work later I had my first misscarrage I got in a car accident with my brotha cause he wanted to play in the snow we hit a pole and went into somebody gate we both ran but I could barely keep up cause I was hurting once we was at the house told my mom what happen we both got cussed out I was in pain so I laid across the bed my body was hurting really bad my mama asked was I okay I told her ~~head~~ yeah my head just hurted she gave me some medicine I ended up going to sleep the pain hurted so bad it woke me up so I ran to the bathroom checked myself and there was blood I started crying but had to pull myself together before my mom saw me crying I washed down below and changed my pants and placed a pad on I was really confused till I went to the hospital the next day and was explained everything I texted him a few times no reply then outta nowhere I get a message saying I dont care stop texting me im with my girl ohh that was it I blocked him and tried to kill myself by cutting my arm up so bad it was blood everywhere