# EXHIBIT C



**OFFICIAL TRANSCRIPT FOR:**
**SHATONNIA KIMBROUGH**

Nov 4, 2023 - Feb 26, 2025
Livingston County, MI

# Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 77 | 63 | 14 | 53 |

# 53 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Ron Finley Teaches Gardening | Community activist and self-taught gardener Ron Finley shows you how to garden in any space, nurture your plants, and grow your own food. Disclaimer: This course was created utilizing videos produced by... | 5 hr 25 min | PASSED<br>Completed: Nov 5, 2024 |
| PREP Domestic Violence | This course seeks to educate participants about what domestic violence is, how it impacts victims, and how it can be prevented. | 4 hr 02 min | PASSED<br>Completed: Oct 15, 2024 |
| Neil deGrasse Tyson Teaches Scientific Thinking and... | Renowned astrophysicist Neil deGrasse Tyson teaches you how to find objective truths and shares his tools for communicating what you discover. This course was created utilizing videos produced by MasterClass, wit... | 3 hr 06 min | PASSED<br>Completed: Nov 23, 2024 |
| Howard Schultz Business Leadership | Embark on a journey of personal and professional growth with this digital course that will ignite your intellectual curiosity and equip you with practical strategies to supercharge your learning and career... | 2 hr 33 min | PASSED<br>Completed: Nov 17, 2024 |
| Math - Decimals and Fractions | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Pre... | 2 hr 32 min | PASSED<br>Completed: Jul 6, 2024 |
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are. At Roadtrip Nation, we know what it's like to feel lost because we've been there. That's why, in 2001, we hit the road to get... | 2 hr 22 min | PASSED<br>Completed: Nov 7, 2024 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the... | 2 hr 12 min | PASSED<br>Completed: Jul 10, 2024 |

SHATONNIA's Learner ID: 414686



**OFFICIAL TRANSCRIPT FOR:**
**SHATONNIA KIMBROUGH**

Nov 4, 2023 - Feb 26, 2025
Livingston County, MI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Learn to Rx: Developing Your Fitness Skills | Welcome to Learning to Rx with The Phoenix! In this course, you will participate in 5 workouts to build your fitness skills, no matter what level you are starting at today. In these classes we will learn how to build... | 2 hr 08 min | **PASSED** **Completed:** Sep 13, 2024 |
| Public Relations Foundations | Public relations (PR) is critical to any business that wants to create media exposure, sway consumer opinion, and maintain a good reputation. However, as technology evolves, communicating with the public ha... | 2 hr 07 min | **PASSED** **Completed:** Nov 22, 2024 |
| Introduction to Artificial Intelligence | Computer scientists are just a small slice of people working in artificial intelligence. Most of the people working in AI are project managers, product managers, directors, and executives. People just like you. This... | 2 hr 01 min | **PASSED** **Completed:** Nov 9, 2024 |
| Introduction to Art Therapy for Self-Improvement,... | Art therapy is so much more than "just drawing pictures." It is the field where the worlds of art and psychology meet to help people work through challenging behavior problems, addiction, stress,... | 2 hr 01 min | **PASSED** **Completed:** Sep 12, 2024 |
| Building Resilience | Have trouble getting by when the going gets tough? Everyone wants to perform well when the pressure's on, but a lot of us withdraw in times of stress or adversity. If you can build your resilience, you'll have an easier... | 1 hr 43 min | **PASSED** **Completed:** Jan 31, 2025 |
| Computer Science Principles: Programming | Programming is what allows us to make computers, devices, and the Internet perform amazing tasks, entertain us, and simplify our lives. While programming seems complicated, every programming challenge ca... | 1 hr 37 min | **PASSED** **Completed:** Nov 22, 2024 |
| Communication Foundations | Your communication skills affect your career prospects, the value you bring to your company, and the likelihood of your promotion. This course helps you communicate better in a variety of professional situations, including... | 1 hr 35 min | **PASSED** **Completed:** Nov 18, 2024 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and... | 1 hr 30 min | **PASSED** **Completed:** Sep 12, 2024 |
| LISTEN & RESPOND: EVERYTHING'S GONNA TURN... | This course uses the record "Everything's Gonna Turn Out Fine" as a creative object lesson. There are seven lessons. The first asks you to listen to the whole record (13 songs, 37 minutes); subsequent lessons split out... | 1 hr 28 min | **PASSED** **Completed:** Nov 8, 2024 |

## OFFICIAL TRANSCRIPT FOR:
## SHATONNIA KIMBROUGH

| Course name | Overview | Time | Status |
|---|---|---|---|
| PONYXPRESS JOURNAL & SELF-GUIDED WRITING | An editorial team from the prisoner-run Lakota Oyate-ki Culture Club at Oregon State Penitentiary works with Bridgeworks Oregon mentors Tracy Schlapp and Danny Wilson to produce the online publication PonyXpress.... | 1 hr 24 min | **PASSED** **Completed:** Nov 8, 2024 |
| Math - Algebra I | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Pre... | 1 hr 19 min | **PASSED** **Completed:** Jul 6, 2024 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the progress I have made without this program. It was as i... | 1 hr 15 min | **PASSED** **Completed:** Jul 6, 2024 |
| Computer Basics | This course will teach you basic skills on how to use a computer, explore the Internet for networking or entertainment purposes, create an email account, and use several computer programs that will be helpful in... | 1 hr 15 min | **PASSED** **Completed:** Oct 17, 2024 |
| Foundation for Recovery | A study guide for building a foundation for Recovery, based on the award winning documentary, Kids Are Dying. | 1 hr 10 min | **PASSED** **Completed:** Nov 24, 2024 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | 1 hr 10 min | **PASSED** **Completed:** Jul 4, 2024 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a... | 1 hr 05 min | **PASSED** **Completed:** Nov 12, 2024 |
| Critical Thinking for Better Judgment and Decision-Making | The pace of change and volume of information we encounter in daily life make it hard to think through decisions. Instead, people often rely on biases and rules of thumb, which trap them into drawing faulty... | 1 hr 04 min | **PASSED** **Completed:** Nov 18, 2024 |
| Math - Addition, Subtraction, Multiplication, and Division | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company based in Kenosha, Wisconsin. DCS GED Pre... | 1 hr 02 min | **PASSED** **Completed:** Jul 4, 2024 |

edovo

**OFFICIAL TRANSCRIPT FOR:**
**SHATONNIA KIMBROUGH**

Nov 4, 2023 - Feb 26, 2025
Livingston County, MI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Ask Ramit - Career and Personal Finance Advice | This course will take you through the career and finance advice of Ramit Sethi. His writing features ways to find your dream job, improve your finances, and succeed at every level. | 0 hr 60 min | **PASSED** **Completed:** Nov 13, 2024 |
| Marketing: Copywriting for Social Media | The right words can move your audience to act. But reliably finding those words—and fine-tuning them for posts on different social media platforms—is no easy feat. Instructor and personal branding guru Michaela... | 0 hr 57 min | **PASSED** **Completed:** Nov 22, 2024 |
| Developing Your Emotional Intelligence | Emotional intelligence can help you build effective relationships at work. Executive coach and organizational psychologist Gemma Roberts explains what emotional intelligence (EQ) is and why it's... | 0 hr 53 min | **PASSED** **Completed:** Nov 11, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and feedback from others. | 0 hr 51 min | **PASSED** **Completed:** Jul 5, 2024 |
| Staying Healthy for Beginners | In this course, you will learn basic information about health care, doctors, medicine, healthy food, and staying healthy. The information in this course comes from resources from the Florida Literacy Coalition. | 0 hr 49 min | **PASSED** **Completed:** Nov 13, 2024 |
| Creating a Communications Strategy | A communications strategy is the backbone of any good marketing or communications program. It provides a focus, with a clear goal and roadmap for how to best get your message to your target audience,... | 0 hr 43 min | **PASSED** **Completed:** Nov 21, 2024 |
| Tips for Better Business Writing | Want to advance your communication skills? Improve your writing. Clear and concise writing is the key to helping your audience understand your message—whether it's delivered in an email, report, memo, or... | 0 hr 42 min | **PASSED** **Completed:** Nov 21, 2024 |
| Building Webpages with HTML from Code Your Dreams | Welcome to the world of HTML, the language used to create webpages! In this course, you'll learn how to build your own webpage from the ground up. We'll start with the basics, like setting up your document, adding... | 0 hr 37 min | **PASSED** **Completed:** Nov 7, 2024 |
| Career Exploration: Health Science | In this course you will learn about different jobs in the field of Health Science. As you read, think about which jobs may be interesting to you. This course was created with information from the Department of Labor Job... | 0 hr 36 min | **PASSED** **Completed:** Nov 18, 2024 |

| Course name | Overview | Time | Status |
|---|---|---|---|
| Unconscious Bias | To some degree, we are all biased. Our experiences shape who we are, and our dimensions of diversity—race, ethnicity, gender, height, weight, sexual orientation, place of birth, and other factors—impact the lens… | 0 hr 35 min | **PASSED** Completed: Nov 13, 2024 |
| Media Relations Foundations | If you want your business to succeed, you need as much brand recognition as you can get. In fact, getting media coverage can be a vital part of your company's success. But how do you find and secure coverage? In… | 0 hr 32 min | **PASSED** Completed: Nov 19, 2024 |
| Why Trust Matters with Rachel Botsman | Author and Oxford University Trust Fellow Rachel Botsman has studied the ins and outs of trust for over a decade. Based on her best-selling book Who Can You Trust?, this course reveals the powerful ways trust… | 0 hr 32 min | **PASSED** Completed: Nov 12, 2024 |
| Career Exploration: Business, Management,… | Business, management, and administration make up various job fields. This lesson will teach you about some of those fields. Throughout this course, you will learn about some careers in business, management,… | 0 hr 31 min | **PASSED** Completed: Nov 1, 2024 |
| The GOGI Life Tools - BOSS OF MY BRAIN | The GOGI Life Tool called BOSS OF MY BRAIN helps you realize the control you have over what your brain does. When you use BOSS OF MY BRAIN, you may realize you are the boss of your thinking and the creat… | 0 hr 30 min | **PASSED** Completed: Jul 7, 2024 |
| DESIGNING WEBPAGES WITH CSS FROM CODE YOUR DREAMS | In this course, we will learn about the CSS language. The focus of this language is design and appearance, making it a perfect place to explore one's creativity and bring a simple white webpage to life. Throughout this… | 0 hr 29 min | **PASSED** Completed: Nov 8, 2024 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | 0 hr 28 min | **PASSED** Completed: Jul 14, 2024 |
| Fentanyl: Fake & Fatal | A course on the truth about fentanyl and what it is doing to America today, including our youth. | 0 hr 28 min | **PASSED** Completed: Jul 1, 2024 |
| Make BIG TALK: Introduction | Make BIG TALK is a social experiment, research project and video series started by a university student named Kalina. In this course series, you will be asked to think about deep questions, and answer questions about… | 0 hr 24 min | **PASSED** Completed: Sep 12, 2024 |


| Course name | Overview | Time | Status |
|---|---|---|---|
| Human Trafficking in the United States: The Truth and... | Human Trafficking in the US is among the least understood and least visible crimes in our country. Yet, at least 400,000 people in the US currently live in situations of modern slavery. While Human Trafficking... | 0 hr 24 min | **PASSED** Completed: Nov 8, 2024 |
| ART - Aggression Replacement Therapy | Aggression Replacement Training (ART) offers a comprehensive intervention program designed to teach adolescents to understand and replace aggression and antisocial behavior with positive alternatives. | 0 hr 22 min | **PASSED** Completed: Nov 8, 2024 |
| Embracing Unexpected Change | When we're caught off guard by a job loss or the crumbling of a personal relationship, it can be tough to move forward. But while we can't avoid these kinds of unexpected changes, we can control how we deal with... | 0 hr 19 min | **PASSED** Completed: Nov 17, 2024 |
| Fentanyl and How to Test for it in Your Drugs | Delve into the topic of fentanyl—a potent synthetic opioid—and explore various aspects related to drug contamination, opioid overdose, the usage of fentanyl test strips, where to access them in the community, a... | 0 hr 19 min | **PASSED** Completed: Oct 17, 2024 |
| Staying Healthy: Women's Health Pt. 1 | Women can do something that men can't: that is having a baby. It is a unique experience for many women. Throughout this course, you will learn about women's bodies, their reproductive system, menstruation, and... | 0 hr 14 min | **PASSED** Completed: Nov 7, 2024 |
| Staying Healthy: Women's Health Pt. 2 | This is a special addition to Staying Healthy: An English Learner's Guide to Health Care and Healthy Living. It is part of a two course series called Staying Healthy: Women's Health. The courses give a broad overview o... | 0 hr 13 min | **PASSED** Completed: Nov 13, 2024 |
| PTSD For Veterans | War veterans are highly likely to experience PTSD in their lifetime. For example, 30% of Iraq and Afghanistan veterans have been diagnosed with PTSD. Throughout this course, you will learn about the symptoms and... | 0 hr 13 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | 0 hr 12 min | **PASSED** Completed: Nov 24, 2024 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference betwee... | 0 hr 11 min | **PASSED** Completed: Nov 24, 2024 |

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**SHATONNIA KIMBROUGH**

Nov 4, 2023 - Feb 26, 2025
Livingston County, MI

| Course name | Overview | Time | Status |
|---|---|---|---|
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the signs, symptoms, triggers, and treatme... | 0 hr 09 min | **PASSED** <br> **Completed:** Nov 21, 2024 |

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**SHATONNIA KIMBROUGH**

Nov 4, 2023 - Feb 26, 2025
Livingston County, MI

# Supplemental Learning - 13 hr 51 min

Summary

Listed below are the top **12** supplemental interactive learning items SHATONNIA has spent time on. In addition, SHATONNIA has engaged with **4 readings**, **253 learning videos**, and **15 audio recordings**.

| Title | Time |
|---|---|
| Beyond Prison, Probation, and Parole | 6 hr 25 min |
| Introduction to Changin' Your Game Plan: The Blueprint to Success During and After… | 1 hr 47 min |
| Influence: A Film in Poetic Verse | 1 hr 32 min |
| Sexual Wellness: Your Health, Your Body, Your Choice | 1 hr 14 min |
| Affinity Designer for UX Design | 0 hr 52 min |
| Social Studies - Civics and Government | 0 hr 46 min |
| Issa Rae Teaches Creating Outside the Lines | 0 hr 36 min |
| Build to Read 2: Sounds | 0 hr 21 min |
| Build to Read 3: ABC | 0 hr 07 min |
| Build to Read 4: Syllables | 0 hr 06 min |
| JSTOR: Were Early American Prisons Similar to Today's? | 0 hr 03 min |
| JSTOR: How Veterans Created PTSD | 0 hr 02 min |