# EXHIBIT D



# Self Study Bible Course Certificate

**Shatonnia Kimbraugh - 95%**

has completed the prescribed lessons in the course

*A Life That's Real*

and is therefore presented with this certificate.

Granted this 9th day of January, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

**Shatonnia Kimbrough - 95%**

has completed the prescribed lessons in the course

*Ephesians*

and is therefore presented with this certificate.

Granted this 7th day of February, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten





# Self Study Bible Course Certificate

Shatonnia Kimbrough - 93%

has completed the prescribed lessons in the course

*Discovering the Will of God*

and is therefore presented with this certificate.

Granted this 7th day of February, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

Shatonnia Kimbraugh - 91%

has completed the prescribed lessons in the course

*Key Words of the Christian Life*

and is therefore presented with this certificate.

Granted this 27th day of January, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten





# Self Study Bible Course Certificate

**Shatonnia Kimbrough - 90%**

has completed the prescribed lessons in the course

*Portraits of Christ in the Tabernacle*

and is therefore presented with this certificate.

Granted this 17th day of February, 2025



Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten

---



# Self Study Bible Course Certificate

**Shatonnia Kimbraugh - 90%**

has completed the prescribed lessons in the course

*Romans*

and is therefore presented with this certificate.

Granted this 20th day of January, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

**Shatonnia Kimbraugh - 95%**

has completed the prescribed lessons in the course

*Adventures with Peter and Company*

and is therefore presented with this certificate.

Granted this 20th day of January, 2025



Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

**Shatonnia Kimbrough - 94%**

has completed the prescribed lessons in the course

*Personal Witnessing and World Missions*

and is therefore presented with this certificate.

Granted this 17th day of February, 2025



Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

Shatonnia Kimbraugh - 83%

has completed the prescribed lessons in the course

*John: An Eyewitness Report*

and is therefore presented with this certificate.

Granted this 9th day of January, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten



# Self Study Bible Course Certificate

Shatonnia Kimbraugh - 81%

has completed the prescribed lessons in the course

*Galatians*

and is therefore presented with this certificate.

Granted this 20th day of January, 2025

Chaplain *Gary Childers*
INSTRUCTOR

Rev. Nathan DeWard
EXECUTIVE DIRECTOR, Reach the Forgotten